IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SANDRA BALDWIN**                                                                                          **PLAINTIFF**

v.                                      Case No. 4:12-cv-00357-KGB

**SALINE RC OPERATIONS, LLC**
**d/b/a FOUR SEASONS RESIDENTIAL**
**CARE CENTER, MICHELE MOSELEY**                                                     **DEFENDANTS**

### ORDER

On August 20, 2013, the Court directed *pro se* plaintiff Sandra Baldwin to notify the Court within 30 days of the entry of that Order of her intent to proceed *pro se* or to inform the Court of the identity of her new counsel (Dkt. No. 40). On August 29, 2013, the Court received a letter from Ms. Baldwin notifying the Court that she is currently proceeding *pro se* and of her change of address (Exhibit A). Ms. Baldwin's address of record is: 3308 E. Moore Avenue #15, Searcy, Arkansas 72143. The Clerk of the Court is directed to file this letter as a notice of change of address and update Ms. Baldwin's address of record accordingly.

IT IS SO ORDERED this 30th day of August, 2013.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

[illegible] Judge [illegible]

CASE NO: 4:12-cv-00357-KGB

CC: Attorney Kim Kelley
Wilbur D. Mills
Pleasant Grove Baptist Ch
Attorney Luther Sutter

Because I, Ms. Baldwin are proceeding PRO SE, my attempt on informing the courts on my behalf w/ intent. Although, the defendants/or counsel address, whereabouts aren't available please (cc). Thank you for extending the deadlines on filing for pending judgement summary. RSVP via certified mail

Exhibit A

pg. 2   Sandra Denise Baldwin
3308 E Moore Avenue #15
Searcy, AR 72143

pg.

* Pursuant to Local Rule
  55 (c) (2)