IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SANDRA BALDWIN**                                                                                      **PLAINTIFF**

v.                              Case No. 4:12-cv-00357-KGB

**SALINE RC OPERATIONS, LLC**
**d/b/a FOUR SEASONS RESIDENTIAL**
**CARE CENTER, MICHELE MOSELEY**                                              **DEFENDANTS**

### ORDER

By prior Order, the Court determined that plaintiff Sandra Baldwin should be appointed counsel in this matter (Dkt. No. 43). The Court appointed Edward T. Oglesby of the Kutak Rock LLP firm. Because defendant's counsel, James Matthew Gary, is also of the Kutak Rock LLP firm, Mr. Oglesby is hereby terminated as counsel of record for plaintiff. Pursuant to Local Rule 83.7, appointment of counsel shall be accomplished by random selection from a list of all actively practicing private attorneys enrolled in the District in which the case is pending.

IT IS THEREFORE ORDERED that Gail Ponder Gaines, of the Barber, McCaskill, Jones & Hale, P.A. firm, 400 West Capitol Avenue, Suite 2700, Little Rock, Arkansas, 72201-3414, telephone number (501) 372-6175, is hereby appointed to represent Ms. Baldwin. The Clerk of the Court is directed to send Ms. Baldwin and counsel *via certified mail* a copy of this Order and a copy of Local Rule 83.7.

SO ORDERED this 10th day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE