IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SANDRA BALDWIN**                                                                      **PLAINTIFF**

**v.**                      **Case No. 4:12-cv-00357-KGB**

**SALINE RC OPERATIONS, LLC**
**d/b/a FOUR SEASONS RESIDENTIAL**
**CARE CENTER, MICHELE MOSELEY**                          **DEFENDANTS**

## ORDER

On October 25, 2013, the Court received a letter from plaintiff Sandra Baldwin. The Court has forwarded that letter to Ms. Baldwin's appointed counsel, Gail Ponder Gaines. Further, the Clerk of the Court is directed to update Ms. Baldwin's address of record to: 14624 Wilks Lane, Maumelle, Arkansas 72113.

IT IS SO ORDERED this 29th day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE